**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| GREEN EYE TECHNOLOGY, LLC; and RORY CUTAIA | : | NO. 11-7322 |
| | : | |
| Defendants | : | |

## ORDER

And NOW, this 7th day of November, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that:

1) Defendant Cutaia's Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) is hereby GRANTED.

2) Because the parties concede that Cutaia is a necessary and indispensable party, the Complaint is DISMISSED pursuant to Federal Rule of Civil Procedure 19(a)(2).

3) Cutaia may file a motion for attorney's fees within 7 days. If a motion is filed, Nautilus will have 7 days to respond.

BY THE COURT:

*/s/ Michael M. Baylson*

**Michael M. Baylson, U.S.D.J.**